UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

THERESA MCNEIL,

               Plaintiff,

   -against-

THE CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, POLICE OFFICER
TSUYONG KO, and JOHN DOES 1-3

              Defendants.

------------------------------------------------------------ x



07 Civ. 3852 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

    It is hereby ORDERED that:

1.    Plaintiff shall provide the relevant unsealing release and medical releases to opposing counsel, by September 7, 2007.

2.    Defendant shall submit an answer or otherwise respond to the complaint by October 24, 2007.

SO ORDERED.

Dated: New York, New York
       August 23, 2007

                                                   GERARD E. LYNCH
                                            United States District Judge