UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

THERESA MCNEIL,

                Plaintiff,

    -against-

THE CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

07 Civ. 3852 (GEL)

**ORDER**

GERARD E. LYNCH, District Judge:

      The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

SO ORDERED.

Dated: New York, New York
       May 21, 2008

                                          _____
                                                GERARD E. LYNCH
                                             United States District Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/21/08]